UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                            Plaintiff,              **MEDICAL ORDER**

    -against-                                    17 Mag 4722

PABLO TORRES,

                            Defendant.
------------------------------------------------------------X

**TO THE WARDENS OF THE WESTCHESTER COUNTY JAIL, OR ANY OTHER DETENTION FACILITY:**

       The above-named defendant has been remanded to the custody of the U.S. Marshals following a bail hearing before this Court. During the proceeding, defense counsel informed the Court that the defendant was previously in an accident and takes pain medication as a result of that accident.

       The Court directs the Correctional Facility to provide the defendant with a full medical examination and provide any additional necessary medical treatment.

Dated: June 22, 2017
       White Plains, New York

                                              **SO ORDERED:**

                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge