ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA

    - v -

PABLO TORRES,

                Defendant.
------------------------------------------------------x

ORDER OF CONTINUANCE

17 Mag. 4722

      Upon the application of the United States of America and the affirmation of Christopher J. Clore, Assistant United States Attorney, it is found that PABLO TORRES, the defendant, was charged with violations of 21 U.S.C. § 846 in a complaint dated June 21, 2017, and was arrested on June 21, 2017;

      It is further found that the defendant was presented before Magistrate Judge Judith C. McCarthy on June 22, 2017, and the defendant was detained.

      It is further found that Rachel Martin, Esq., counsel for the defendant, has been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial;

      It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days may be granted for such purpose; and

      It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) is hereby granted until **August 16, 2017**.

Dated: White Plains, New York
       July 19, 2017

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA          :

        - v -                                    :         AFFIRMATION

PABLO TORRES,                             :         17 Mag. 4660

               Defendant.      :
------------------------------------------------------x

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER    : ss.:
SOUTHERN DISTRICT OF NEW YORK  )

        Christopher J. Clore, under penalty of perjury, hereby affirms as follows:

        1. I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for an initial order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

        2. PABLO TORRES, the defendant, was charged with violations of 21 U.S.C. § 846, in a complaint dated June 21, 2017. The defendant was presented before Magistrate Judge Judith C. McCarthy on June 22, 2017, and the defendant was detained.

        3. Rachel Martin, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

        4. On July 14, 2017 Ms. Martin, counsel for the defendant, agreed by electronic mail on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

5. For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

6. Pursuant to Title 28, United States Code, Section 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on July 18, 2017.

Christopher J. Clore
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ORDER OF CONTINUANCE

**AFFIRMATION**

JOON H. KIM
Acting United States Attorney for Southern District of New York
(914) 993-1900