```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :   INDICTMENT
                                 :
          - v. -                 :   17 Cr. 501
                                 :
PABLO TORRES,                    :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - :
                                 X
```

## COUNT ONE

**(Narcotics Possession with Intent to Distribute)**

The Grand Jury further charges:

1.  From at least in or about March 2017, up to and including in or about June 2017, in the Southern District of New York and elsewhere, PABLO TORRES, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that PABLO TORRES, the defendant, and others known and unknown would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.  The controlled substance involved in the offense was 28 grams and more of mixtures and substances containing a detectable

amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

Overt Act

4. In furtherance of the conspiracy to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a. On or about June 7, 2017, PABLO TORRES, the defendant, sold cocaine base to a confidential informant (the "CI") in or around the Town of Haverstraw, New York.

**FORFEITURE ALLEGATION**

5. As a result of committing the offense alleged in Count One of this Indictment, PABLO TORRES, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Asset Provision**

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
JOON H. KIM
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**PABLO TORRES,**

**Defendant.**

---

INDICTMENT

17 Cr.

(21 U.S.C. §846.)

JOON H. KIM
Acting United States Attorney

_/s/_
Foreperson

---