UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

PABLO TORRES,

                  Defendant.

No. 17 Cr. 501-01 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

**To: U.S. Marshals Service/BOP**

At a Hearing for Defendant's motion for compassionate release, held on August 4, 2020, the Court **GRANTED** Defendant's application for compassionate release and **ORDERED** that Defendant serve the remainder of the sentence as home confinement with electronic monitoring. The Court also directs F.C.I. Miami to test Defendant for COVID-19 prior to his release and provide the test results to the Court, Probation Department and Defendant's counsel. The Court imposes the following additional special conditions:

1. The defendant shall be subject to a term of **home incarceration at the residence approved by probation until January 9, 2021, to be enforced by technology determined by the Probation Department.   He is to be allowed out for medical appointments only, and with prior approval of probation.**

2. **Supervised release, with all conditions previously imposed, begins on the date of his release from custody and will be in place until January 9, 2021, plus four (4) years.**

3. In light of the COVID-19 pandemic, the defendant must remain at his approved residence except to seek any necessary medical treatment, in each instance with prior notice and approval by the Probation Department.

4. The defendant is to possess or have access to a telephone that will allow video conferencing by the Probation Department.

5. Following his 14 day period of quarantine, the defendant will be required to report to the probation department, as directed by his probation officer, at 300 Quarropas St., Ground Floor, White Plains, NY.

All previously imposed special conditions remain in effect.

**It is hereby ORDERED** that Defendant, PABLO TORRES, Reg # 79282-054, be released from custody.   The U.S. Marshals/BOP are to release the Defendant unless any pending warrants, detainers or other issues are encountered.

Dated: August 7, 2020
　　　　White Plains, New York

SO ORDERED.

———————————————————
NELSON S. ROMÁN
United States District Judge