UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

PABLO TORRES,
                        Defendant.

No. 17 Cr. 501-01 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

**To: U.S. Marshals Service/BOP**

      On August 4, 2020, the Court held a telephonic hearing for Defendant's Motion to Modify Sentence/Reduce Sentence, brought pursuant to 18 U.S.C. § 3582(c)(1)(A). For the reasons the Court cited on the record at that hearing, Defendant Pablo Torres's Motion to Modify Sentence/Reduce Sentence, filed July 23, 2020, is HEREBY GRANTED to the extent that Pablo Torres's sentence is reduced to TIME SERVED, effective August, 4, 2020, and as a special condition of supervised release, Pablo Torres shall be placed on home confinement without electronic monitoring until January 9, 2021, which is a period of home confinement equal to the remaining term of his original sentence of incarceration. It is FURTHER ORDERED that Pablo Torres shall be released from BOP custody on August 8, 2020, to begin his term of home confinement, and that he shall remain in self-quarantine for a period of time of not less than fourteen (14) days after release. Pablo Torres is HEREBY ORDERED to report by telephone to the USPO for the Southern District of New York within forty-eight (48) hours of his release from BOP custody.

    The Court also directs F.C.I. Miami, the facility where Defendant is currently housed, to test Defendant for COVID-19 prior to his release and provide the test results to the Court, the USPO for the Southern District of New York, and Defendant's counsel. The Court imposes the following additional special conditions:

1. The defendant shall be subject to a term of **home incarceration at the residence approved by probation until January 9, 2021, to be enforced by technology determined by the Probation Department.   He is to be allowed out for medical appointments only, and with prior approval of probation.**

2. **Supervised release, with all conditions previously imposed, begins on the date of his release from custody and will be in place until January 9, 2021, plus four (4) years.**

3. In light of the COVID-19 pandemic, the defendant must remain at his approved residence except to seek any necessary medical treatment, in each instance with prior notice and approval by the Probation Department.

4. The defendant is to possess or have access to a telephone that will allow video conferencing by the Probation Department.

5. Following his 14 day period of quarantine, the defendant will be required to report to the probation department, as directed by his probation officer, at 300 Quarropas St., Ground Floor, White Plains, NY.

All previously imposed special conditions remain in effect.

    **It is hereby ORDERED** that Defendant, PABLO TORRES, Reg # 79282-054, be released from custody on August 8, 2020. The U.S. Marshals/BOP are to release the Defendant unless any pending warrants, detainers or other issues are encountered.

Dated: August 7, 2020
       White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge